Case 2:24-cv-00220   Document 21   Filed on 12/16/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 16, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DOUGLAS EASTMAN, | § | |
| Plaintiff, | § § § | |
| V. | § | CIVIL ACTION NO. 2:24-CV-00220 |
| TEXAS A&M UNIVERSITY-KINGSVILLE, | § § § | |
| Defendant. | § § | |

## ORDER

In the Joint Discovery and Case Management Plan, Defendant informed the Court that it would like to withdraw its motion to dismiss. (D.E. 17, p. 6). Accordingly, the Court **ORDERS** the Clerk of Court to **TERMINATE** Defendant's pending motions to dismiss.[1] (D.E. 12; D.E. 13).

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
December 16, 2024

---

[1] Although Defendant did not make any representation regarding its D.E. 13 Motion to Dismiss, that motion states that it "does not alter or change any legal argument contained in [the] previously filed Motion to Dismiss . . . ." (D.E. 13, p. 1 n.1). Accordingly, the Court construes it as a supplement to the D.E. 12 motion, and understands it withdrawn as well.

1 / 1